UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-00190-PSG-E | Date | August 11, 2020 |
|---|---|---|---|
| Title | Richard Cooks v. Jewelry Express, Inc. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER DISMISSING ACTION

The Court, having ordered that a response to the [16] order to show cause be filed, and no filing made as of today, hereby dismisses the case in its entirety.

Initials of Preparer   wh